IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MARTINEZ, | No. CIV S-08-1308-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pending before the court is plaintiff's application for leave to proceed in forma pauperis (Doc. 2). Although the application is signed by plaintiff, it names a person other than the plaintiff as the declarant. Plaintiff will be provided the opportunity to submit a new application indicating the correct name in the declaration. Plaintiff is warned that failure to comply with this order may result in the dismissal of this action. See Local Rule 11-110.

/ / /

/ / /

/ / /

1

1        Accordingly, IT IS HEREBY ORDERED that plaintiff shall submit within 30
2 days of the date of this order, a new declaration in support of his application for leave to proceed
3 in forma pauperis, with the correct name of the declarant.

5  DATED: June 18, 2008

*/s/ Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE