BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTINEZ )<br>)<br>)<br>     **Plaintiff,** )<br>)<br>v. )<br>)<br>**MICHAEL J. ASTRUE** )<br>**Commissioner of Social Security** )<br>**of the United States of America,** )<br>)<br>     **Defendant.** )<br>) | CASE NO. CIV-08-1308 CMK<br><br>**STIPULATION AND**<br>**ORDER EXTENDING PLAINTIFF'S**<br>**TIME TO FILE SUMMARY JUDGMENT**<br>**MOTION AND MEMORANDUM IN**<br>**SUPPORT OF MOTION** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from February 24, 2009 to May 14, 2009. This is Plaintiff's first extension and is required due to Plaintiff's counsel's extremely heavy briefing schedule through May of 2009.

/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: February 24, 2009 | */s/Bess M. Brewer* |
| | BESS M. BREWER |
| | Attorney at Law |
| | |
| | Attorney for Plaintiff |

Dated: February 24, 2009        Lawrence G. Brown

Acting United States Attorney

/s/ *Mark A. Win*
MARK A. WIN

Special Assistant U.S. Attorney
Social Security Administration

Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: February 25, 2009

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2