McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
MARK A. WIN
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8980
    Facsimile: (415) 744-0134
    E-Mail: Mark.Win@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| ROBERT MARTINEZ, | CIVIL NO. 2:08-CV-01308-CMK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days, up to and including July 17, 20009, to respond to Plaintiff's motion for summary judgment, due to the press of workload.

//

//

//

                                    Respectfully submitted,

Dated: June 17, 2009        /s/ *Bess M. Brewer*
                                    (As authorized via telephone)
                                    BESS M. BREWER
                                    Attorney for Plaintiff

Dated: June 17, 2009        LAWRENCE G. BROWN
                                    Acting United States Attorney
                                    LUCILLE GONZALES MEIS
                                    Regional Chief Counsel, Region IX
                                    Social Security Administration

                                    /s/ *Mark A. Win*
                                    MARK A. WIN
                                    Special Assistant U.S. Attorney

                                    Attorneys for Defendant

                                            <u>ORDER</u>

APPROVED AND SO ORDERED.

DATED: June 24, 2009

                                          _____
                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE